UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Bankruptcy Action No. 22-19361 (MBK)<br><br>Adversary Proceeding No. 23-1144 (MBK) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKFI INC. *et al.*, and UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 23-3015 (RK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant the United States of America's ("Defendant" or the "Government") Motion to Withdraw the Reference of the Adversary Proceeding, ("Mot.," ECF No. 1).[1] The Official Committee of Unsecured Creditors ("Plaintiff") filed a brief in opposition, ("Opp.," ECF No. 9), and the Government filed a reply brief, ("Reply," ECF No. 11). The Court has considered the parties' submissions and resolves the matter without

---

[1] The "Adversary Proceeding" refers to Adversary Proceeding No. 23-1144 (2023) in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 20th day of September, 2023,

**ORDERED** that Defendant's Motion to Withdraw is **DENIED** without prejudice.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**